No. 1499. PEOPLE, APPELLEE, *v.* FLORES, APPELLANT.—Assault and battery. San Juan. April 30, 1920. *Affirmed.*

No. 1501. PEOPLE, APPELLEE, *v.* SANTOS, APPELLANT. — Breach of peace. San Juan. April 30, 1920. *Affirmed.*

No. 291. CIVIDANES, PETITIONER, *v.* LÓPEZ ACOSTA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Guayama. May 8, 1920. *Denied.*

No. 2227. BANCO TERRITORIAL Y AGRÍCOLA, APPELLEE, *v.* LEBRÓN ET AL., APPELLANTS.—Debt. San Juan. May 8, 1920. *Dismissed.*

No. 2238. FRANGEIA, APPELLANT, *v.* DAHDAK ET AL., APPELLEES.—Damages. San Juan. May 20, 1920. *Dismissed.*

No. 1515. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.—Assault and battery. San Juan. May 20, 1920. *Affirmed.*

No. 2187. GANDÍA, APPELLANT, *v.* TRÍAS ET AL., APPELLEES.—Liquidation of partnership. San Juan. May 21, 1920. *Motion overruled.*

No. 292. ABOY, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Humacao. May 21, 1920. *Denied.*

No. 1509. PEOPLE, APPELLEE, *v.* MAYORAL, APPELLANT.—Violation of Automobiles Act. Ponce. May 21, 1920. *Affirmed.*